IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ASBERRY,<br><br>         Plaintiff,<br><br>    v.<br><br>GERMAIN'S TECHNOLOGY GROUP,<br><br>         Defendant                              / | No. C 04-1991 MMC<br><br>**ORDER DESIGNATING CASE FOR ELECTRONIC FILING** |

As all parties are now represented by counsel, the above-titled action is hereby DESIGNATED for participation in the Court's Electronic Case Filing Program. All future documents filed by any party in this action shall be filed electronically, pursuant to General Order 45. The parties are hereby reminded that the Court's standing orders require a paper copy of each electronically filed document, for use in chambers, to be delivered to the Clerk's Office no later than noon on the day after the document is filed electronically.

**IT IS SO ORDERED.**

Dated: November 7, 2005

MAXINE M. CHESNEY
United States District Judge