UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE ASBERRY, | No. C 04-1991 MMC  (JL) |
| Plaintiff, | |
| v. | **RESCHEDULING** SETTLEMENT CONFERENCE ORDER |
| GERMAIN'S TECHNOLOGY GROUP, ET AL., | |
| Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the further settlement conference set for Friday, February 3, 2006 has be continued to **Friday, February 10, 2006 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: February 3, 2006

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE         1